DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
MURPHY, RONDA LYNN

Case No. 05-03431-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $197.30, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| MURPHY, RONDA LYNN | 828 S DATE ST KENNEWICK, WA 99336 | $197.30 |

Dated: August 12, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874875      8-20-10      #197.30